District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATREYI CHAKRABARTI, *et. al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | No. C21-01351 MJP<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>October 12, 2021 |

Plaintiffs brought this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiffs' I-485 application. Dkt. No. 2. On October 4, 2021, Plaintiff Arun Kumar Madhava Rao's claims were severed from the other named plaintiffs in *Chakrabarti v. USCIS*, 8:21-cv-1945 (D. Md.), and transferred to this Court. Dkt. No. 38. Prior to transfer, USCIS approved Plaintiff Rao's I-485 application and issued the lawful permanent resident card. Accordingly, the above-captioned action having been resolved, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

| | | |
|---|---|---|
| 1 | Dated: October 12, 2021 | Respectfully submitted, |
| 2 | | NICHOLAS W. BROWN<br>United States Attorney |
| 3 | | |
| 4 | | *s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657 |
| 5 | | Assistant United States Attorney<br>United States Attorney's Office |
| 6 | | 1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402 |
| 7 | | Phone:  206-428-3824<br>Email:  michelle.lambert@usdoj.gov |
| 8 | | *Attorneys for Defendants* |
| 9 | | |
| 10 | | *s/Charles H. Kuck*<br>CHARLES H. KUCK, GA BAR # 429940 |
| 11 | | Kuck Baxter Immigration, LLC<br>365 Northridge Rd. Suite 300 |
| 12 | | Atlanta, GA 30350<br>Phone: (404)816-8611 |
| 13 | | Email:  ckuck@immigration.net<br>*Attorneys for Plaintiff* |
| 14 | | *PHV Pending |

## ORDER

It is so **ORDERED**. The case is dismissed without prejudice.

DATED this 20th day of October, 2021.

Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION TO DISMISS - 3
(21-cv-01351 MJP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970